UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM J. SCOTT,<br><br>Defendant | Criminal No. 20-CR-_______-MGM<br><br>Violations:<br><br><u>Count One</u>: Receipt and Possession of Unregistered Firearm (26 U.S.C. §§ 5841 and 5861(d))<br><br><u>Counts Two and Three</u>: Making a False Statement and Representation with Respect to Information Required to be Kept by a Federal Firearms Licensee; Aiding and Abetting (18 U.S.C. § 924(a)(1)(A); 18 U.S.C. § 2)<br><br><u>Count Four</u>: Making False Entries in, Failing to Make Appropriate Entries in, and Failing to Properly Maintain Records as Required; Aiding and Abetting (18 U.S.C. § 922(m); 18 U.S.C. § 2)<br><br><u>Forfeiture Allegation</u>: (26 U.S.C. § 5872 and 28 U.S.C. § 2461(c)) |

INFORMATION

<u>COUNT ONE</u>
Receipt and Possession of Unregistered Firearms
(26 U.S.C. §§ 5841and 5861(d))

The United States Attorney alleges:

On or before April 29, 2016, in Hampshire County, in the District of Massachusetts, the defendant,

WILLIAM J. SCOTT,

did knowingly receive and possess a firearm as defined in 26 U.S.C. §§ 5845(a)(6) and 5845(b), to wit: a machinegun bearing serial number 0001; which firearm was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841 and 5861(d).

## COUNT TWO
Making a False Statement and Representation with Respect to Information Required to be Kept by a Federal Firearms Licensee; Aiding and Abetting
(18 U.S.C. § 924(a)(1)(A); 18 U.S.C. § 2)

The United States Attorney further alleges:

On or about April 12, 2016, in Hampshire County, in the District of Massachusetts, the defendant,

WILLIAM J. SCOTT,

did make a false statement and representation with respect to information required to be kept by a federal firearms licensee.

All in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

COUNT THREE
Making a False Statement and Representation with Respect to Information Required to be Kept by a Federal Firearms Licensee; Aiding and Abetting
(18 U.S.C. § 924(a)(1)(A); 18 U.S.C. § 2)

The United States Attorney further alleges:

On or about July 20, 2016, in Hampshire County, in the District of Massachusetts, the defendant,

WILLIAM J. SCOTT,

did make a false statement and representation with respect to information required to be kept by a federal firearms licensee.

All in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## COUNT FOUR

Making False Entries in, Failing to Make Appropriate Entries in, and Failing to Properly Maintain Records as Required; Aiding and Abetting
(18 U.S.C. § 922(m); 18 U.S.C. § 2)

The United States Attorney further alleges:

On or before February 1, 2018, in Hampshire County, in the District of Massachusetts, the defendant,

WILLIAM J. SCOTT,

being a licensed importer, manufacturer, dealer and collector, did knowingly make false entries in, fail to make appropriate entries in, and fail to properly maintain records which he was required to keep pursuant to 18 U.S.C. § 923 and regulations promulgated thereunder, with respect to: (a) a Caspian Arms 1911 type pistol bearing serial number 68697; (b) a Bushmaster model XM-15 RIFLE bearing serial number BK5104209; (c) a DS Arms model SK58 RIFLE bearing serial number DSA34376; and (d) an OOW AK47s rifle bearing serial number 0022507.

All in violation of Title 18, United States Code, Sections 922(m) and 2.

<u>FIREARM FORFEITURE ALLEGATION</u>
(26 U.S.C. § 5872 and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in violation of Title 26, United States Code, Section 5861, set forth in Count One, the defendant,

WILLIAM J. SCOTT,

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearms involved in the offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461.

ANDREW E. LELLING
United States Attorney

By: /s/ *Catherine G. Curley*
Catherine G. Curley
Assistant U.S. Attorney

Dated: February 26, 2020